# Criminal Case Cover Sheet

**FILED:** REDACTED  **U.S. District Court**

**Place of Offense:**  ☐ Under Seal  **Judge Assigned:** Judge Hilton

City: Sterling  Superseding Indictment:  **Criminal No.** 24cr-61

County:  Same Defendant:  New Defendant: X

Magistrate Judge Case No. 1:23-cr-183  **Arraignment Date:**

Search Warrant Case No.  R. 20/R. 40 From:

**Defendant Information:**

**Defendant Name:** Clayton Rosenberg  Alias(es): Kenneth Clayton  ☐ Juvenile  FBI No. 406263TD6

**Address:** Bowie, MD (this may be outdated)

Employment: Managing Partner of Capitol Square Bar in DC; Vice Chair of the Ward 8 Neighborhood Commission

**Birth Date:** XX-XX-1992  **SSN:** XXX-XX-4740  **Sex:** Male  Race: Black  Nationality:

**Place of Birth:** USA  Height: 5-10  Weight: 190  Hair: BLK  Eyes: BRN  Scars/Tattoos: Unknown

☐ Interpreter  Language/Dialect: No  Auto Description:

Location/Status:

**Arrest Date:**  ☐ Already in Federal Custody as of:  in:

☐ Already in State Custody  ☐ On Pretrial Release  ☒ Not in Custody

☐ Arrest Warrant Requested  ☐ Fugitive  ☐ Summons Requested

☐ Arrest Warrant Pending  ☐ Detention Sought  ☐ Bond

**Defense Counsel Information:**

Name: Robert Feitel  ☐ Court Appointed  Counsel Conflicts:

Address: 1300 Pennsylvania Ave., NW, Washington DC 20004  ☒ Retained

Phone: 202-450-6133  ☐ Public Defender  ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

AUSA(s): Kathleen Robeson  Phone: 703-299-3827  Bar No. WV 13809

**Complainant Agency - Address & Phone No. or Person & Title:**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 1349 | Conspiracy to Commit Wire and Bank Fraud | 1 | Felony |
| Set 2: | | | | |

Date: 3/18/2024  AUSA Signature: /s/ Kathleen E. Robeson  *may be continued on reverse*