* UNITED STATES DISTRICT COURT CRIMINAL MINUTES *

Date: 05/03/24    Judge: Hilton    Reporter: J. Egal
Time: 10:14am - 10:24am             Interpreter:
                                     Language:
                                     Probation Email:
                                     Jury Email:

# UNITED STATES OF AMERICA
v.

CLAYTON ROSENBERG            1:24CR61
Defendant's Name             Case Number

Joseph King/Robert Feitel    Kathleen Robeson
**Counsel for Defendant:**   **Counsel for Government**

**Matter called for:**
[ ] Arraignment    [X] Pre-Indictment Plea    [ ] Change of Plea    [ ] Motions
[ ] Sentencing     [ ] Revocation Hearing     [ ] Docket Call       [ ] Appeal (USMC)
[ ] Other _____
Deft appeared: [X] in person  [ ] failed to appear  [X] with Counsel  [ ] without Counsel  [ ] through Counsel

**Filed in open court:**
[ ] Discovery Order  [X] Information  [X] Plea Agreement  [X] Statement of Facts  [X] Waiver of Indictment

**Arraignment & Plea:**
[ ] WFA    [X] FA    [X] PG    [ ] PNG    **Trial by Jury:** [ ] Demanded    [ ] Waived
[ ] Days to file Motions with Argument on _____ at _____
[X] Deft entered Plea of Guilty as to Count(s) 1 of the Criminal Information
[X] Plea accepted, **Guilty Count(s)** 1
[ ] Motion for Dismissal of Count(s) _____ by [ ] US [ ] Deft
[ ] Order entered in open court    [ ] Order to follow
[ ] Deft directed to USPO for PSI--- [X] Deft referred to USPO for PSI
[X] Case continued to: **07/26/2024** at **10:00am** for:
[ ] Jury Trial    [ ] Bench Trial    [X] Sentencing    [ ] Status

**Deft is:** [ ] In Custody  [ ] Summons Issued  [ ] On Bond  [ ] Warrant Issued  [X] 1st appearance

**Bond Set at**: $ _____  [ ] Unsecured  [ ] Surety  [X] Personal Recognizance
[ ] Release Order Entered    [ ] Deft Remanded    [X] Deft Released on Bond    [ ] Deft Continued on Bond
                                          (with conditions)