# EXHIBIT 1

# DEFENDANT CLAYTON ROSENBERG
# LETTER TO THE COURT

To Judge Hilton,

I am writing this letter to apologize for my actions and to express my sincere remorse for the harm I have caused. I recognize the gravity of my mistakes, and I want to extend my apologies to everyone I have wronged, including my family, friends, and community. I understand the impact of my actions on their lives, and I am deeply sorry for the pain and disruption I have caused.

In my journey towards redemption, I have accepted my fate and sought to make meaningful changes in my life. Since my charge, I have taken significant steps to transform myself, working to better serve my family, my community, and society as a whole. I have completed conflict resolution certification, gaining valuable skills that I have used to contribute positively to my work and community. My education has helped me understand the importance of leadership, responsibility, and accountability, which I strive to demonstrate daily.

My progress doesn't end there. I was elected as a community leader - Advisory Neighborhood Commissioner in Washington, DC, representing 2000 people and allowing me to give back to the city and its residents. In this role, I have worked tirelessly to improve the lives of those in my community, implementing initiatives that strengthen families, foster safety, and promote educational excellence. These efforts are part of my commitment to making amends for my past actions and contributing to the greater good.

I understand that my actions have had far-reaching consequences, not only affecting my life but also the lives of my family and friends. This realization has been a powerful motivator for me to continue my journey toward positive change, working to rebuild trust and strengthen relationships with those I care about.

I hope you consider this letter, along with my progress and contributions, when making your ruling. I am committed to repaying my debt to society and continuing my journey of transformation. I humbly ask for your leniency, hoping you consider grace in your decision, which would greatly impact my ability to serve my community and make positive changes.

Warm Regards,

Clayton Aristotle Rosenberg