EXHIBIT 2

LETTERS TO THE COURT
FROM THE DEFENDANT'S FAMILY, CO-WORKERS
AND FRIENDS

# LETTERS FROM THE DEFENDANT'S FAMILY

Judge Hilton,

My name is Dylan, and I am writing to you about my father, Clayton Rosenberg. I love my dad more than anything in my life, he is a provider, and I can say a great father. He has always shown up for me and I need him as I enter my first year of high school. My dad is loved by many and has taken me along as he helps the community.

He has always been to offer guidance and support whenever I needed it. I have always wanted to be like my dad, a good person and leader. My dad's influence has helped me become a student ambassador for my school, and I've maintained a 3.8 GPA. I was also elected as the president of my school, following in my dad's footsteps after hearing all the good things he's done and shadowing him in different events.

I don't want to be another boy with a father who will miss important things in his life. Please don't take my dad away from me and, as he means a lot to me and our family. I know that my dad is very sorry for what was done and will never do it again. Please Please forgive my dad and allow him to remain in my life.


Thank you,

Dylan

Dear Judge,

My name is Delores Clayton, and I am writing this letter to provide a character reference for my son, Clayton Aristotle Rosenberg. My son has been a blessing to our family being the first to graduate college and even go on to get two master's one during the transition of this case. My son may had made a big mistake, but he caught Covid and almost died. I know he needed time to get his mind back together from a traumatic event that was unprecedented. He would not do them type of things if other things did not occur and it's no excuse, but he knows redemption and forgiveness. My son Clayton grew up without a father in his life and always wanted to step up for his 6 siblings all his life, my son has won leadership awards for Washington, DC. He is a pillar to our community, and I can attest to his exceptional character, integrity, and commitment to positive change.

Clayton has always shown a passion for helping others. One instance that stands out is when he organized a neighborhood gathering, bringing families together to share a meal and discuss community issues. This event fostered a stronger sense of unity and collaboration, helping residents support one another. That same community would end up elected him as their Advisory Neighborhood Commissioner (ANC) to represent their interest in the navy yard community of DC.

Clayton's impact extends beyond our family and into the wider community. He has dedicated countless hours to initiatives that improve the lives of others, demonstrating his commitment to transformation and change. Clayton's efforts have led to tangible improvements in safety and education, making him a blessing to society.

On behalf of our entire family, I fully support Clayton and believe he will continue to be a positive force for change. I hope you consider this letter, along with others from those who know Clayton, in your ruling.

*Delores Clayton*
Thank you!

Greetings Judge,

My name is Claudia Abban and this letter is to provide a character reference for my husband, Clayton Aristotle Rosenberg. We have been married for 6 years and separated for 2 years, and this is coming from a place of love and respect for the man that is standing in front of you at this moment. I can attest to his exceptional character, integrity, and dedication to transformation and change.

Clayton's passion for helping others extends beyond his work and into the homes of families. This process going through this situation with courts has put strain on our marriage, but I can say that it has made him a better man. I see him as an example of what it looks like to accept responsibilities for his action and make strides to improve his legacy and community. Even though he was experiencing so much stress and heartbreak through these situations. He managed to go on and get an MBA in business management. He is a loving and supportive partner even in the middle of our separation, always there to offer guidance and assistance. One specific example is when Clayton supported me through a difficult time, taking on household responsibilities and providing emotional support after my surgery because I was losing too much blood. His compassion and dedication to family are truly remarkable and I just want all of this to be over so he can live his life.

Clayton's impact extends beyond our imitated family and into the wider community. He never judged me for wanting to separate and always still humbly helped me with anything that was needed.

On behalf of my entire family, I fully support Clayton and believe he will continue to be a positive force for change. I hope you consider this letter in your ruling to give him hope and another chance at redemption. He is not the man that was guilty of the crime today. Please forgive him.

Best wishes,


Claudia Abban

Judge Hilton,

My name is Ashley Jenifer and I am writing to offer a character reference for Clayton Aristotle Rosenberg, the father of my child.

I have known Clayton for 14 years, and I can say he has been nothing but great as a father and a community leader. Clayton has always shown a strong dedication to our child, providing love, support, and guidance that extends far beyond financial support.

Clayton took on extra work to support our child mentally after he was diagnosed with ADHD and anxiety, ensuring he had everything that was needed for school adjustment and helping me with
homeschooling him until he was ready to go back to school. His commitment to our family is unwavering, and his involvement has led to improvements in our child's academic performance and overall well-being as a good child.

I am aware that Clayton has done something that comes with unfortunate consequences, but I ask that the court fine favor and grant leniency for the sake of Dylan.  With his ADHD major changes can significantly derail all the hard work and progress he has made, and I fear that having his father gone for years will prove to have long-term negative effects on him during these formative years. I again know that consequences come with actions and have spoken with Clayton about the impact his actions have on myself and Dylan, both financially and emotionally. But I am asking that you see Clayton as more than just another criminal and as a human being who made a poor decision but regrets it.

Clayton's impact is love. As a mother, I must say that I am fortunate to have him in our life and as the father of my child. I would not trade him for any other person because I see the potential and I love the way he puts others first before himself. He is a great person and I hate that he's going through this, but we ask you to please give him grace during this process and understand that this is not who Clayton is.

I truly hope that you get a glimpse of who Clayton is through my and other's letters and grant him leniency.


Sincerely,

Ashley Jenifer

7-26-24

To whom it may concern,

This letter is for support of my Grandson & Nephew. We Irene C Bennett & Ileane Clayton need Clayton Rosenburg to continue to help us in the evenings and weekend to help take care of us and support us because we are 75 years old and have been falling at night and other times. Please allow him to stay but because we need him to continue to help us. Thank you

Irene C Bennett
Ileane Clayton

LETTERS FROM THE DEFENDANT'S CO-WORKERS

To Whom This May Concern,

My name is Stanley Jones. On behalf of Clayton Rosenberg, I am writing this letter to speak about his character. Clayton is not only my friend but someone who I consider to be one of the brightest individuals I have had the pleasure of knowing. Clayton has always been someone who has seen the potential in me to be great. Not only did he see the potential, but he also acted on those observations and provided me with an opportunity to give back to my community and excel professionally. Clayton Rosenberg is responsible for my putting me in a position to grow professionally and with that opportunity I have been able to far exceed any expectations I had for myself. These same sentiments can be echoed by numerous people as I have single-handedly witness Clayton provide opportunities for those who most wouldn't dare give a look let alone a fair shake. He is one of my biggest supporters and is always available to lend a hand to me in whatever capacity I need whether that be professional or personal. I have had the pleasure of knowing Clayton since high school and the one thing that has remained constant through all these years is his commitment to greatness and his desire to see those around him be great. Clayton's heart is unmatched as he continuously puts others before himself and has proven to create avenues for myself and those within his community to succeed. Clayton has committed himself to coming back to his community and utilizing his gifts and passions for others to help propel our community forward because of his work with a local community nonprofit organization as well as becoming an elected official serving as an ANC commissioner in the District of Colombia. In closing, Clayton Rosenberg is a man of the people, a genuine spirit, a community advocate, a father, a friend, and most importantly a champion for those whose voices are unheard.

It is my hope that this letter serves as a testament to Clayton's character.

Sincerely,

Stanley Jones

To Judge Hilton,

My name is Jovan Davis. I am writing to provide a character reference for Clayton Rosenberg, whom I have had the privilege of working closely with at Alliance of Concerned Men for three years. During this period, I have come to admire his exceptional work ethic, integrity, and commitment to brokering truce between violent neighborhoods. Getting them to put their guns down and working as a subject matter expert for DOJ for CVIP work.

Mr. Rosenberg had always felt a strong pull towards his community, despite its challenges with violence and crime. Growing up in a tough neighborhood himself, he understood the allure and dangers of street life. After completing his graduate education, Mr. Rosenberg returned to his neighborhood with a mission: to help young people put their guns down and find a path away from violence.

One evening, Mr. Rosenberg was called to intervene in a tense situation involving two rival gangs. He arrived at a local community center where tensions were running high. With calmness and empathy, Mr. Rosenberg spoke individually with members from both groups, listening to their frustrations and fears. He shared his own experiences of loss and hope, emphasizing the possibilities that lay beyond violence.

Over several months, Mr. Rosenberg worked tirelessly to build trust and rapport with these young individuals. He organized workshops on conflict resolution, job skills training, and mentorship programs. Slowly but steadily, he saw a change in attitudes. Members from rival gangs began to attend meetings together without hostility. Some even started working part-time jobs and pursuing educational opportunities Mr. Rosenberg helped connect them with.

One pivotal moment came when a young man approached Mr. Rosenberg after a particularly heated community meeting. He handed Mr. Rosenberg a firearm, saying he was tired of the cycle of violence and wanted a chance at a different life. This gesture of trust and transformation moved Mr. Rosenberg deeply, reinforcing his belief in the power of empathy and support.

Through Mr. Rosenberg dedication and persistence, more young people in his neighborhood began to see alternatives to violence. His approach not only helped reduce crime but also empowered individuals to become agents of positive change within their community. Mr. Rosenberg's work serves as a testament to the impact of compassionate intervention and the potential for transformation even in the most challenging environments.

Mr. Rosenberg consistently demonstrated leadership by tackling complex challenges head-on and ensuring our team met deadlines with precision and thoroughness. He earned the respect of both colleagues and clients alike for his dedication and ability to deliver results under pressure.

Moreover, Mr. Rosenberg has shown a strong sense of mentorship, leadership, patience, and commitment to social justice by guiding junior team members and fostering a supportive learning environment.

I have the utmost confidence in Mr. Rosenberg's character and capabilities. He exemplifies integrity and dedication in every aspect of his professional life, and I am certain he will continue to uphold these values. I know he regrets all of what occurred and I am requesting for grace when it comes to him during this difficult moment in his life.


Best wishes,

Jovan Davis

July 25, 2024

Dear Judge Hilton,

My name is Briana, and I am writing to share a compelling story that exemplifies the character and dedication of Clayton Rosenberg, whom I have known for eight years.

Several years ago, our community faced a significant challenge with the local playground becoming unsafe and outdated. Many families were concerned about their children's safety and lacked access to nearby recreational facilities. It was during this time that Clayton Rosenberg, known for his proactive approach to community issues, took the lead.

Clayton rallied neighbors, organized fundraisers, and worked tirelessly with local businesses to gather resources. He mobilized volunteers of all ages, from high school students to retirees, who came together to renovate the playground. Through his leadership, the community not only raised enough funds but also secured additional grants and donations to ensure the project's success.

I vividly recall Clayton spending weekends and evenings overseeing construction, ensuring every detail met safety standards and reflected the community's needs. His determination and ability to inspire others resulted in a revitalized playground that now serves as a safe and inclusive space for children of all ages and abilities.

Beyond his involvement in this project, Clayton has consistently demonstrated integrity, compassion, and a deep commitment to improving our community. He continues to volunteer regularly, supporting local events and mentoring youth, demonstrating his genuine care for others.

I firmly believe that Clayton has shown remorse for his actions and is committed to personal growth and accountability. He recognizes the impact of his mistakes and is actively engaging in community service, giving back to the community, engaging in personal development, and staying involved in rehabilitation programs to address his behavior.

Thank you for considering my perspective.

LETTERS FROM THE DEFENDANT'S FRIENDS

Hello Judge Hilton,

My name is Christian Yibeltal, and I am writing to provide a character reference for Mr. Clayton Rosenberg, whom I have known as a friend for since 2020. In the time that I have known Clayton, I have come to know him as a person of exceptional character, integrity, and responsibility. He has consistently demonstrated his uprightness in both personal and professional settings. Clayton always keeps his promises and maintains honesty, even in challenging situations.

There was a time when my family faced a serious financial crisis. Without hesitation, Clayton stepped in to help us navigate through this difficult period. His support went beyond mere financial assistance; he provided emotional support, advice, and practical help in finding solutions. Clayton's genuine concern and willingness to help my family in our time of need left a profound impact on me. His actions were a testament to his character, demonstrating compassion and a deep sense of responsibility.

Clayton has also shown a remarkable ability to accept responsibility for his actions. He openly discusses his past mistakes, showing a sincere willingness to learn and grow from them. His humility and accountability are qualities that further underscore his integrity and character.

I am asking the court and praying that he is able to get a second chance to keep making a positive change for others, I firmly believe that Clayton is a person of love. I have no doubt that he will continue to positively contribute to society and adhere to the highest standards of conduct.

Sincerely,

Christian Yibeltal

Crystal Watts
460 L ST NW
Washington, DC

July 25, 2024

Re; Clayton Rosenberg

To Whom It May Concern

I have known Clayton Rosenberg as a friend for a little over a year. I was both troubled and surprised to hear about his recent case as he has always been a kind , helpful, friendly and caring person. It is for this reason i am more than happy to write a letter of reference for Clayton Rosenberg regarding this matter. I understand the seriousness of this matter however, hope the court will show some leniency.

Clayton has always been concerned for family, friends and people he don't know by providing his time to help when help was needed. In our friendship, he has really been there for me , especially when i had closed my business and would no longer have income. He made it a point to be there and show a significant amount of support during a drastic change in my life, by providing a job for me. He has been truly a caring supportive friend.

In addition to our friendship i've witnessed Clayton Rosenberg support and take care of his family and friends by providing jobs and resources for the people in his life. I've witnessed how he has turned troubled youth lives around for the good by getting them off the streets, giving them hope and tools for a better life. He goes out to the troubled communities to speak about gun violence and how to stop it. He has teamed up with other organizations to help stop street violence.

I was surprised to hear about the unfortunate bad decisions resulting in this case he has made. In short, Clayton Rosenberg expressed deep sense of

remorse in making such a serious mistake and i believe in his ability to pay his debt to society.

It is my sincere hope that the court takes this letter into consideration at the time of sentencing. Despite the current case, i still believe Clayton Rosenberg to be an honorable individual , a valuable member of the community, and a good human being.


Sincerely,
Crystal Watts

Sincerely,
Briana Dew

Dear Judge Hilton,

My name is Rachel Bennett, and I am writing to you on behalf of my children and myself to share our deep support and love for my nephew, Clayton Rosenberg. Clayton is more than just a nephew to me; he is the hope for of our family, and his presence has always brought us immense joy and stability.

From a young age, Clayton has showed an extraordinary sense of responsibility and care for those around him. I have always respected his willingness to step up and support our family, especially during times of need.

Clayton's impact on our family is deep. They see him as a role model, someone who is always trying to make others happy through his kindness and perseverance. We understand that Clayton has made mistakes, and he deeply regrets his actions. He has shown a sincere commitment to making amends and has taken proactive steps towards personal growth and improvement. The past couple of years have been challenging for everyone, and we all deserve a chance to rebuild and move forward.

Judge Hilton, we humbly ask for your understanding and compassion in considering Clayton's case. His absence will leave a void in our family that only he can fill. We believe in his capacity for change and are confident that he will continue to make contributions to make up for his actions to both our family and the community.

Thank you for taking the time to read our letter and for considering our heartfelt plea.

Rachel Bennett and Family