**Option Care**
9140 Guilford Rd Suite K
Columbia, MD 21046-1811
Phone: 800-241-6163
Fax: 248-579-4453

Page 1 of 1

## PRESCRIPTION FORM

| | | | |
|---|---|---|---|
| NAME | Delores Clayton | START OF CARE | 09/01/2024 |
| ADDRESS | [redacted] | HGT | 0 |
| CITY/ST/ZIP | Laurel, MD 20708 | WGT | 0 |
| PHONE | [redacted] | DOB | [redacted]   AGE 54 Yrs |
| MRN | [redacted] | DIET | |
| DIAGNOSIS #1 | | DIAGNOSIS #3 | |
| DIAGNOSIS #2 | | DIAGNOSIS #4 | |
| ACCESS | | | |
| ALLERGIES | | | |

--- PRESCRIPTION INFO ---

| | |
|---|---|
| Rx Number | 0170097452 |
| Original Rx Date | 08/28/2024 |
| Doses Allowed | 12 |
| Rx Expiration Date | 08/27/2025 |
| Prescription | Ertapenem 1gm in NS 100mL MINI-BAG Plus IVC every 24 hours |
| Admin. Directions | Break connector & activate MINI-BAG Plus system, mix gently until full drug vial is dissolved. Infuse contents of bag (1gm) via IV gravity infusion over 30 minutes (200mL/hr) once every 24 hours. Use within 1 hour of mixing. |
| | Labs wkly ---> CBC, SCr |
| Filled By | Dipti Patel, PharmD |

Signature _____   Date _____

By signing, I certify/recertify that the above therapy, services, supplies and equipment are medically necessary and this patient is under my care. I have received the necessary authorization to release the above referenced information and medical and/or patient information relating to this therapy.

Physician Signature _____
(Dispense as Written)               (Substitutions Permitted)

Date _____

| | | | |
|---|---|---|---|
| Physician | B. LANDRUM, M.D. | NPI # | 1124131149 |
| Office Address | [redacted] | DEA # | BL7848849 |
| City / St / Zip | ELLICOTT CITY, MD 21043 | UPIN # | H85144 |
| Phone | 410-418-8550 | License # | D57970 |
| Fax | 410-418-8552 | | |

Date Printed: 08/31/2024

## Where to pick up your medications (continued)


**Ask your doctor where to pick up these medications**
- ertapenem infusion
Your estimated payment per fill: Estimate unavailable
- polyethylene glycol packet
Your estimated payment per fill: Estimate unavailable
- sodium chloride flush syringe
Your estimated payment per fill: Estimate unavailable

## Medical terms for what we treated during your hospitalization as of 8/31/2024

* (Principal) Nephrolithiasis
Gram-negative bacteremia
Hydronephrosis due to obstruction of ureter
Infection due to ESBL-producing Escherichia coli
Leukocytosis, unspecified type
Pyelonephritis, acute
Renal colic on right side
Renal stone
Right ureteral stone

## You are allergic to the following

Date Reviewed: 8/27/2024

No active allergies



**HOWARD COUNTY GENERAL HOSPITAL**
JOHNS HOPKINS MEDICINE

CSN: 1446127290

## Discharge Instructions

For

**Delores Clayton,**

**Date of Birth** ▮▮▮▮▮▮▮▮

Thank you for choosing Johns Hopkins Medicine for your health care.

Your Discharging Provider is Kanumuru, Srilatha, MD.

Your Primary Care Provider is Pabla, Rita, MD.

If you want a copy of your medical records:
- You can see your test results and summary of this visit in your online record (MyChart).
- Call the Health Information Management (medical records) office at 410-740-7953.