

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## DOMESTIC VIOLENCE DIVISION
**500 INDIANA AVENUE, NW, WASHINGTON, D.C. 20001, (202) 879-0157**

__CLAYTON ROSENBERG__ Petitioner   ☐ Minor          Case No:   __2024 CPO 003373__

vs.

__TOTIANNA WILLIAMS__ Respondent   ☐ Minor

## TEMPORARY PROTECTION ORDER

Upon consideration of the petition filed in this case, the Court finds that the safety or welfare of Petitioner and/or an animal the Petitioner owns, possesses, or controls is endangered by Respondent within the meaning of D.C. Code §16-1004(d) (2021). Therefore, **IT IS HEREBY ORDERED** that Respondent shall observe the following conditions:

X   Respondent shall not commit or threaten to commit crimes against Petitioner OR THEIR CHILD.

X   Respondent shall stay at least 100 yards away from Petitioner's   X   person   X   home   X   workplace   ☐ vehicle
☐   children's school/day care   ☐   animal _____   X   other   FAMILY MEMBERS

X   Respondent shall not contact Petitioner in any manner, including but not limited to:   X   by telephone
X   in writing   X   electronic or social media   X   any other manner, either directly or through a third party,

☐   Temporary custody of the following minor children is awarded to:   ☐ Petitioner   ☐ Respondent
until further order of this Court or the expiration of this order

_____
*(Names and Dates of Birth)*

☐   Respondent shall vacate the residence at: _____
on or before _____ *(date)* and turn over all keys to the residence to Petitioner.

X   The Police Authorities shall stand by to:   ☐ prevent violence while the Respondent / Petitioner vacates the residence;
☐   retrieve Petitioner's keys from Respondent;   X   assist with service of process upon the Respondent and complete the Return of Service forms.

☐   Respondent shall refrain from possessing, controlling, harming, threatening to harm, or otherwise dispose of Petitioner's animal.

X   Other: STOP POSTING THREATS ON-LINE AGAINST RESPONDENT AND HIS FAMILY AND FRIENDS

**Respondent shall relinquish possession of any firearms or ammunition and is prohibited from possessing or controlling of, purchasing or receiving any firearm or ammunition while this order is in effect.**

**FAILURE TO COMPLY WITH THIS ORDER IS A CRIMINAL OFFENSE AND, FOR ADULTS, CARRIES A PENALTY OF UP TO 180 DAYS IN JAIL AND/OR A FINE OF $1,000.00, AND FOR MINORS, CARRIES A PENALTY OF COMMITMENT TO THE DEPARTMENT OF YOUTH REHABILITATION SERVICES UP TO TWENTY-ONE YEARS OF AGE.  IF A RESPONDENT SERVED WITH THIS ORDER FAILS TO APPEAR AT THE HEARING ON THE CIVIL PROTECTION ORDER AND A DEFAULT CIVIL PROTECTION ORDER IS ENTERED, THIS ORDER SHALL REMAIN IN FULL FORCE AND EFFECT UNTIL THE CIVIL PROTECTION ORDER IS SERVED. IF THE COURT IS CLOSED ON THE DAY THAT THIS ORDER IS TO EXPIRE, THIS ORDER SHALL CONTINUE IN EFFECT UNTIL THE NEXT REGULAR COURT BUSINESS DAY. THIS ORDER EXPIRES ON:**

*Rbt J. Hill*

__09/19/2024__                     _____                     __09/05/2024__
**EXPIRATION DATE**                  Magistrate Judge                                 Date

THIS ORDER HAS BEEN **EXTENDED** UNTIL:

_____          _____          _____
**EXPIRATION DATE**                  Judge/Magistrate Judge                            Date

DVTPO.doc                                            1                                    Rev Nov 17, 2023



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**DOMESTIC VIOLENCE DIVISION**
**500 INDIANA AVENUE, NW**
**WASHINGTON, D.C. 20001**
**(202) 879-0157**

_____CLAYTON ROSENBERG_____, Petitioner

Case No.: **2024 CPO 003373**

V

_____TOTIANNA WILLIAMS_____, Respondent

TO: TOTIANNA WILLIAMS_____

## NOTICE OF REMOTE HEARING AND ORDER TO APPEAR REMOTELY/VIRTUALLY

**THIS HEARING HAS BEEN SET REMOTELY. FOR MORE INFORMATION ABOUT YOUR HEARING DATE OR OPTIONS, CALL THE CLERK'S OFFICE AT 202-879-0157**

You are ordered to join the virtual hearing on 09/19/2024. **You must report for check-in at 8:30a.m.** The hearing will take place via video on an app called Webex or by audio by phone call. **The hearing may take place any time on this day after check in**. Instructions to join the hearing are below.

- To join the hearing by **video**, please click on this link, https://dccourts.webex.com/meet/ctb113 or by visiting https://dccourts.webex.com and typing the meeting ID **129 399 5296.**

- In the event that you are unable to join the WebEx app by video, please call (202) 860-2110 and type in the meeting code which is **129 399 5296** to check in for your hearing by phone. You will receive instructions about your hearing.

- For technical questions about joining the hearing, contact the Courtroom Recording and Technology Branch at 202-879-1928, and select option 2.

At the hearing the Court will consider:

X     A Petition and Affidavit for a Civil Protection Order has been filed against you. A copy is attached
☐     A Motion to Modify/Extend a Civil Protection Order has been filed against you. A copy is attached.
☐     A Petition and Affidavit for an Anti-Stalking Order has been filed against you. A copy is attached
☐     A Motion to Modify/Extend an Anti-Stalking Order has been filed against you. A copy is attached.
☐     _____

You should carefully review the document that has been filed against you so that you can be fully prepared for the court hearing.

IF YOU HAVE ANY EVIDENCE, you want the Court to consider at the hearing, please save these items electronically. Evidence can include text messages, emails, photographs, list of witnesses or other documents. You will receive a separate email with instructions on how to send your evidence to the court in advance of the hearing.

DV-REMOTE 113                                         Rev. Jan. 11, 2023