UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES | : |
| v. | :    Case No. 1:24 Cr. 61 (CMH) |
| CLAYTON ROSENBERG | : |
| Defendant | |

### **ORDER**

Upon consideration of Defendant's Motion to Delay Surrender Date to Bureau of Prisons, it is hereby

ORDERED, that the motion is granted and the Defendant's surrender date to the Bureau of Prisons is extended until on or after November 4, 2024.

Entered this ____ day of _____, 2024      _____
Alexandria, Virginia      Judge