UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES | : |
| v. | : Case No. 1:24 Cr. 61 (CMH) |
| CLAYTON ROSENBERG | : |
| Defendant | |

## ORDER

Upon consideration of Defendant's Motion to Delay Surrender Date to Bureau of Prisons, it is hereby

ORDERED, that the motion is granted and the Defendant's surrender date to the Bureau of Prisons is extended until on or after November 4, 2024.

Entered this 17th day of Sept, 2024
Alexandria, Virginia

_____
Judge